JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:24-cv-02216-DOC-ADS                    Date January 8, 2025

Title: Gary Vahi Yaghyazarian Sr v. Enrique Henry Guerro et al

Present: The Honorable DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

None Present                                          None Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 11/19/2024 (Dkt.8).

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  This case is REMANDED to Orange County Superior Court.

☐ Entered _____.

Initials of Preparer    kdu